**Peter A. HOCHSTEIN, Jeffrey Tenenbaum, and Harold W. Milton, Jr., Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION, Defendant–Appellee,**

and

**Sony Computer Entertainment America, Inc., Defendant.**

No. 2010–1551.

United States Court of Appeals, Federal Circuit.

Sept. 20, 2011.

Thomas A. Lewry, Brooks Kushman P.C., of Southfield, Michigan, argued for plaintiffs-appellants. With him on the brief were Mark A. Cantor and John S. Leroy.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief were David T. Pritikin, Richard A. Cederoth and Constantine Koutsoubas. Of counsel on the brief was Stacy Quan, Microsoft Corporation, of Redmond, Washington.

Newman, O'Malley, and Reyna, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**